THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEANN R. MILLS individually and on behalf of the ESTATE OF VICTOR DUFFY, JR. and all statutory beneficiaries thereto, and VICTOR DUFFY, SR., individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TUKWILA, a Municipal Corporation, OFFICER P. HISA, OFFICER J. VIVET, OFFICER K. HERNANDEZ, OFFICER D.R. AMES,<br><br>Defendants. | NO. 14-cv-929 RSL<br><br>39.1 NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION |

Pursuant to CR 39.1(c)(7), notice is hereby given that on December 11, 2015, the parties participated in a mediation. The case is now resolved.

DATED this 18th day of December, 2015.

_Paris K. Kallas_
Paris K. Kallas
39.1 Mediator

NO. 14-cv-929 RSL
Mills, et al. v. City of Tukwila, et al.

39.1 NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

JUDICIAL DISPUTE RESOLUTION LLC
1425 FOURTH AVE., SUITE 300
SEATTLE, WA 98101
O 206-223-1669/F 206-223-0450
WWW.JDRLLC.COM